# Court of Appeals
# of the State of Georgia

ATLANTA, December 19, 2013

*The Court of Appeals hereby passes the following order:*

**A14D0148.  THOMAS HALSEY v. THE STATE.**

On November 22, 2013, Thomas Halsey filed this application for appellate review of the trial court's October 11 order denying his motion for credit for time served. We lack jurisdiction because his application is untimely.

Pursuant to OCGA § 5-6-35 (d), an application for discretionary appeal must be filed within 30 days of entry of the order to be appealed.  "The requirements of OCGA § 5-6-35 are jurisdictional and this [C]ourt cannot accept an application for appeal not made in compliance therewith."  See *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989).  Here, Halsey filed his application 42 days after the trial court's order was entered.  Accordingly, it is untimely and is hereby DISMISSED for lack of jurisdiction.  See *Hill v. State*, 204 Ga. App. 582 (420 SE2d 393) (1992).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 12/19/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*